JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    Facsimile: (415) 436-6927
    kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
OLGA YEVTUKHOVA
Attorneys, Civil Division
United States Department of Justice

    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-1026

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHY ORMSBY,<br><br>    Plaintiff,<br><br>  v.<br><br>SUTTER HEALTH and PALO ALTO MEDICAL FOUNDATION,<br><br>    Defendants. | CASE NO. C 15-01062 JD<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER TO UNSEAL**<br><br>**FILED UNDER SEAL** |

U.S. NOTICE OF INTERVENTION; [PROPOSED] ORDER
CV 15-01062-JD

1

1. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes in the above-captioned action.

2. The United States intends to file its own complaint against Defendants Sutter Health and Palo Alto Medical Foundation (collectively referred to as "Sutter") and potentially other affiliated entities. The United States will take primary responsibility for prosecuting the action pursuant to 31 U.S.C. § 3730(c)(1). The United States will file and serve its complaint within 90 days (by March 4, 2019), as provided in Fed. R. Civ. P. 4(m).

3. This case is currently under seal through December 5, 2018, pursuant to the False Claims Act and order of this Court, dated October 11, 2018.

4. The United States requests that the following be unsealed: (a) the Complaint filed by Relator on March 6, 2015; (b) this notice of intervention and accompanying order; and (c) all future filings in this action. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason) should remain under seal and not be made public or served upon Defendants.

5. We request that the initial case management conference be set at least one month after March 4, 2019, so that the parties may have adequate time to confer after the United States' complaint is filed and served, and prior to the conference.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
United States Attorney

Dated: 12/4/18     By: /s/ Kim Friday
KIMBERLY FRIDAY
Assistant United States Attorney

U.S. NOTICE OF INTERVENTION; [PROPOSED] ORDER
CV 15-01062-JD

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
OLGA YEVTUKHOVA
Civil Division, U.S. Department of Justice

Attorneys for the United States of America

U.S. NOTICE OF INTERVENTION; [PROPOSED] ORDER
CV 15-01062-JD

3

# [~~PROPOSED~~] ORDER TO UNSEAL

Having considered the United States' Notice of Election to Intervene, IT IS HEREBY ORDERED THAT:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants, except for: (a) the Complaint filed by Relator on March 6, 2015; (b) the United States' Notice of Election to Intervene; and (c) this Order.

2. The seal is lifted as to all matters occurring in this action after the date of this Order.

3. The United States shall promptly serve Defendants with a copy of this Order and the United States' Notice of Election to Intervene, and shall serve Defendants Sutter Health and Palo Alto Medical Foundation, as well as any newly named defendants, with the United States' complaint by March 4, 2019, in accordance with Fed. R. Civ. P. 4.

4. The initial case management conference in this action shall be held on 3/14/2019 at 10:00 a.m. in Courtroom 11, 19th floor. Not less than seven days before the conference, counsel shall file a joint case management statement.

IT IS SO ORDERED.

Dated: 12/10/2018

HON. JAMES DONATO
United States District Judge