LATHAM & WATKINS LLP
 Katherine A. Lauer (Bar No. 138010)
  *katherine.lauer@lw.com*
 Amy E. Hargreaves (Bar No. 266255)
  *amy.hargreaves@lw.com*
 12670 High Bluff Drive
 San Diego, CA 92130
 Telephone: (858) 523-5400
 Facsimile: (858) 523-5450

 Steven M. Bauer (Bar No. 135067)
  *steven.bauer@lw.com*
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 Telephone: (415) 391-0600
 Facsimile: (415) 395-8095

*Attorneys for Defendants Sutter Health and Palo Alto Medical Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHY ORMSBY,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH and PALO ALTO MEDICAL FOUNDATION,<br><br>Defendants. | Case No. 3:15-cv-01062-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS RELATOR'S FIRST AMENDED COMPLAINT**<br><br>Hon. Laurel Beeler |

1   This matter comes before the Court on Defendants' Motion to Dismiss Relator's First
2   Amended Complaint.  After considering the papers submitted by counsel, the applicable law, the
3   relevant pleadings and papers filed in this action, and the arguments of counsel, and good cause
4   appearing therefor, the Court **GRANTS** Defendants' Motion to Dismiss Relator's First Amended
5   Complaint.  Relator's First Amended Complaint is hereby DISMISSED.
6        IT IS SO ORDERED.

8   Dated: _____, 2019

9                                         _____
                                          Honorable Laurel Beeler
10                                        United States Magistrate Judge