LATHAM & WATKINS LLP
 Katherine A. Lauer (Bar No. 138010)
  *katherine.lauer@lw.com*
 Jason M. Ohta (Bar No. 211107)
  *jason.ohta@lw.com*
 Amy E. Hargreaves (Bar No. 266255)
  *amy.hargreaves@lw.com*
 12670 High Bluff Drive
 San Diego, CA 92130
 Telephone: (858) 523-5400
 Facsimile: (858) 523-5450

Steven M. Bauer (Bar No. 135067)
  *steven.bauer@lw.com*
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 Telephone: (415) 391-0600
 Facsimile: (415) 395-8095

*Attorneys for Defendants Sutter Health and
Palo Alto Medical Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHY ORMSBY,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH and PALO ALTO MEDICAL FOUNDATION,<br><br>Defendants. | Case No. 3:15-cv-01062-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS**<br><br>Hon. Laurel Beeler |

**ORDER**

Having considered the papers in support of Defendants Sutter Health's ("Sutter") and Palo Alto Medical Foundation's ("PAMF") (collectively, "Defendants") Unopposed Motion to Stay Proceedings ("Motion") and good cause appearing therefor, Defendants' Motion is hereby GRANTED. The case will be stayed in its entirety until May 29, 2020. The parties have agreed that during the stay they will negotiate in good faith an appropriate protective order, an electronically stored information (ESI) protocol, and a clawback agreement. In addition, the Case Management Conference, currently set for April 9, 2020, shall be continued to June 4, 2020, and the parties' Case Management Conference statement shall be due on May 29, 2020. Defendants' request to certify the Court's March 16, 2020 Order for appeal, if any, shall be due on June 1, 2020.

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
Hon. Laurel Beeler
United States Magistrate Judge