| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Katherine A. Lauer (Bar No. 138010) |
| 2 | *katherine.lauer@lw.com* |
| | Jason M. Ohta (Bar No. 211107) |
| 3 | *jason.ohta@lw.com* |
| | Amy Hargreaves (Bar No. 266255) |
| 4 | *amy.hargreaves@lw.com* |
| | 12670 High Bluff Drive |
| 5 | San Diego, CA 92130 |
| | Telephone: (858) 523-5400 |
| 6 | Facsimile: (858) 523-5450 |
| 7 | Steven M. Bauer (Bar No. 135067) |
| | *steven.bauer@lw.com* |
| 8 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 10 | *Attorneys for Defendants Sutter Health and Palo Alto Medical Foundation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHY ORMSBY, | |
| Plaintiffs, | Case No. 3:15-cv-01062-LB |
| v. | **FOURTH JOINT STIPULATED REQUEST TO STAY** |
| SUTTER HEALTH and PALO ALTO MEDICAL FOUNDATION, | Assigned Judge: Hon. Laurel Beeler |
| Defendants. | Complaint Filed: March 6, 2015 |
| | Trial Date: None Set |

1       Defendants Sutter Health and Palo Alto Medical Foundation (collectively, "Defendants"), and Relator Kathy Ormsby and the United States (collectively, "Plaintiffs" and together with Defendants, "Parties"), respectfully request that this matter be stayed for an additional twenty-eight (28) days, from June 11, 2021, to July 9, 2021. Plaintiffs have reached an agreement in principle with Defendants to resolve Defendants' False Claims Act liability for conduct occurring between 2010 and 2016. Any such agreement is subject to formal approval by the appropriate officials within the Department of Justice, the United States Attorney's Office for the Northern District of California, and the Department of Health & Human Services, as well as the negotiation and execution of a written settlement agreement and related documents. The requested stay will enable the parties to obtain all necessary approvals and finalize the settlement (including administrative and statutory fee issues).

1. As no scheduling order has been entered in this matter, there will be no impact on trial deadlines by the granting of this Stipulated Request.

2. This Stipulated Request is not intended to cause undue delay. Rather, the Parties have exchanged drafts of a written settlement agreement and jointly request additional time to finalize that agreement and related documents to resolve this matter.

WHEREFORE, and for the reasons set forth herein, the Parties jointly request that the Court enter a twenty-eight (28) day stay from June 11, 2021, to July 9, 2021, including a stay of Defendants' deadline to request to certify the Court's March 16, 2020 Order for appeal, and any motions to strike Defendants' Answers to Plaintiffs' Complaints (ECF Nos. 124 and 125). The Parties further jointly request that the Court continue the Case Management Conference, presently scheduled for July 15, 2021, to July 22, 2021.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: June 9, 2021 | By: /s/ *Amy Hargreaves* |
| 2 | | LATHAM & WATKINS LLP |
| | | Katherine A. Lauer (Bar No. 138010) |
| 3 | | *katherine.lauer@lw.com* |
| | | Jason M. Ohta (Bar No. 211107) |
| 4 | | *jason.ohta@lw.com* |
| 5 | | Amy Hargreaves (Bar No. 266255) |
| | | *amy.hargreaves@lw.com* |
| 6 | | 12670 High Bluff Drive |
| | | San Diego, CA 92130 |
| 7 | | Telephone: (858) 523-5400 |
| 8 | | Steven M. Bauer (Bar No. 135067) |
| | | *steven.bauer@lw.com* |
| 9 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, CA 94111 |
| 10 | | Telephone: (415) 391-0600 |
| 11 | | |
| | | *Attorneys for Defendants Sutter Health and Palo Alto Medical Foundation* |
| 12 | | |
| 13 | Dated: June 9, 2021 | UNITED STATES DEPARTMENT OF JUSTICE |
| 14 | | |
| | | By: /s/ *J. Jennifer Koh* |
| 15 | | Jamie Ann Yavelberg |
| | | Patricia L. Hanower |
| 16 | | Olga Yevtukhova |
| | | J. Jennifer Koh |
| 17 | | A. Thomas Morris |
| | | Lyle Gruby |
| 18 | | Civil Division |
| | | U.S. Department of Justice |
| 19 | | P.O. Box 261 |
| | | Ben Franklin Station |
| 20 | | Washington, D.C. 20044 |
| | | Telephone: 202-307-1026 |
| 21 | | olga.yevtukhova@usdoj.gov |
| 22 | | |
| 23 | | By: /s/ *Benjamin Wolinsky* |
| | | Benjamin Wolinsky (CA Bar #305410) |
| 24 | | Assistant United States Attorney |
| | | Northern District of California |
| 25 | | 450 Golden Gate Avenue, 9th Floor |
| 26 | | San Francisco, California 94102 |
| | | Telephone: 415-436-6996 |
| 27 | | Facsimile: 415-436-6748 |
| | | Benjamin.Wolinsky@usdoj.gov |
| 28 | | *Attorneys for Plaintiff United States* |

1 | Dated: June 9, 2021                  KELLER GROVER LLP

2                                                By: /s/ *Kathleen R. Scanlan*
                                                            Kathleen R. Scanlan (CA Bar #197529)
3                                                             1965 Market Street
                                                            San Francisco, CA 94103
4                                                             Telephone: 415-543-1305
5                                                             Facsimile: 415-543-7861
                                                            kscanlan@kellergrover.com
6                                                             *Attorneys for Plaintiff-Relator Kathy Ormsby*

10 Attestation: I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

11 Dated: June 9, 2021                                */s/ Amy Hargreaves*
                                                            Amy Hargreaves