SARAH E. HARRINGTON
Deputy Assistant Attorney General
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: (415) 436-6996
Facsimile: (415) 436-6748
Benjamin.Wolinsky@usdoj.gov

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
OLGA YEVTUKHOVA
J. JENNIFER KOH
A. THOMAS MORRIS
LYLE GRUBY
Trial Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-1816
Jennifer.Koh@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHY ORMSBY,<br><br>           Plaintiff,<br><br>      v.<br><br>SUTTER HEALTH and PALO ALTO MEDICAL FOUNDATION,<br><br>           Defendants. | Case No. 3:15-cv-01062-LB<br><br>**STIPULATION AND NOTICE OF SETTLEMENT; [PROPOSED] ORDER**<br><br>Assigned Judge: Hon. Laurel Beeler |

1  The parties hereby inform the Court that they have executed a settlement agreement ("SA") and a related corporate integrity agreement ("CIA") to resolve all claims in the above matter.  Thus, the parties respectfully ask the Court to vacate all remaining deadlines in the case, including the case management conference scheduled for September 16, 2021, at 9:30 a.m.

Pursuant to the SA, the parties continue to work to resolve the following issues: (i) Relator's right under 31 U.S.C. § 3730(d) to reasonable expenses, attorneys' fees, and costs from the Defendants; and (ii) Relator's share of the proceeds of the settlement amount.  The parties will notify the Court if either issue requires further proceedings.  Otherwise, once resolved, the parties will file a stipulation dismissing the action in its entirety under Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

STEPHANIE M. HINDS
Acting U.S. Attorney

Dated: August 30, 2021        By:  /s/ Benjamin J. Wolinsky
                                   Benjamin J. Wolinsky
                                   Assistant U.S. Attorney

*Attorneys for the United States of America*


Dated: August 30, 2021        LATHAM & WATKINS LLP
                              By:  /s/ Amy E. Hargreaves[1]
                                   Katherine A. Lauer
                                   Amy E. Hargreaves

*Attorneys for Defendants Sutter Health and Palo Alto Medical Foundation*


Dated:  August 30, 2021        KELLER GROVER LLP
                              By:  /s/ Kathleen R. Scanlan
                                   Kathleen R. Scanlan

*Attorneys for Plaintiff-Relator Kathy Ormsby*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Defendants and counsel for Relator have concurred in the filing of this document.

## [PROPOSED] ORDER

Upon consideration of the parties' stipulation and notice of settlement, it is hereby ordered that:

1. All deadlines in this action are vacated; and

2. Once the parties resolve all remaining issues, they shall file a stipulation under Federal Rule of Civil Procedure 41(a)(1) to dismiss the action.

**IT IS SO ORDERED.**

Dated: _____        _____
HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION AND NOTICE OF SETTLEMENT; [PROPOSED] ORDER
3:15-CV-01062 LB                                    3