LATHAM & WATKINS LLP
Katherine A. Lauer (Bar No. 138010)
   katherine.lauer@lw.com
Jason M. Ohta (Bar No. 211107)
   jason.ohta@lw.com
Amy Hargreaves (Bar No. 266255)
   amy.hargreaves@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Steven M. Bauer (Bar No. 135067)
   steven.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendants Sutter Health and Palo Alto Medical Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KATHY ORMSBY,<br><br>    Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH and PALO ALTO MEDICAL FOUNDATION,<br><br>    Defendants. | Case No. 3:15-cv-01062-LB<br><br>**JOINT STATEMENT FOR CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:   April 14, 2022<br>Hearing Time:   9:30 a.m.<br>Courtroom:   Videoconference<br><br>Assigned Judge:   Hon. Laurel Beeler<br>Complaint Filed:   March 6, 2015<br>Trial Date:   None Set |

1   Defendants Sutter Health and Palo Alto Medical Foundation (collectively, "Defendants"), and Relator Kathy Ormsby and the United States (collectively, "Plaintiffs" and together with Defendants, "Parties") respectfully submit this Joint Case Management Statement pursuant to the Court's March 28, 2022 Notice Resetting Status Conference [ECF No. 182].

The Parties respectfully request that the Court continue the Case Management Conference for an additional thirty (30) days. Pursuant to the Settlement Agreement, the parties have executed agreements regarding (i) Relator's right under 31 U.S.C. § 3730(d) to reasonable expenses, attorneys' fees, and costs from Defendants; and (ii) Relator's share of the proceeds of the settlement amount. The requested stay will enable the Parties to perform their obligations under the agreements. Once performance is complete, the Parties will file a stipulation dismissing the action in its entirety under Federal Rule of Civil Procedure 41(a)(1).

WHEREFORE, and for the reasons set forth herein, the Parties jointly request that the Court continue the Case Management Conference from April 14, 2022 to May 13, 2022.

Dated: April 7, 2022

LATHAM & WATKINS LLP

By: s/Amy Hargreaves
Katherine A. Lauer (Bar No. 138010)
katherine.lauer@lw.com
Jason M. Ohta (Bar No. 211107)
jason.ohta@lw.com
Amy Hargreaves (Bar No. 266255)
amy.hargreaves@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

*Attorneys for Defendants Sutter Health and Palo Alto Medical Foundation*

| | |
|---|---|
| Dated: April 7, 2022 | UNITED STATES DEPARTMENT OF JUSTICE |
| | By: s/Benjamin Wolinksy |
| | Benjamin Wolinsky (CA Bar #305410) |
| | Assistant United States Attorney |
| | Northern District of California |
| | 450 Golden Gate Avenue, 9th Floor |
| | San Francisco, California 94102 |
| | Telephone: 415-436-6996 |
| | Facsimile: 415-436-6748 |
| | Benjamin.Wolinsky@usdoj.gov |
| | |
| | Jamie Ann Yavelberg |
| | Patricia L. Hanower |
| | Olga Yevtukhova |
| | J. Jennifer Koh |
| | A. Thomas Morris |
| | Lyle Gruby |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 261 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: 202-307-1026 |
| | Jennifer.Koh@usdoj.gov |
| | |
| | *Attorneys for Plaintiff United States* |
| | |
| Dated: April 7, 2022 | KELLER GROVER LLP |
| | By: s/Kathleen R. Scanlan |
| | Kathleen R. Scanlan (CA Bar #197529) |
| | 1965 Market Street |
| | San Francisco, CA 94103 |
| | Telephone: 415-543-1305 |
| | Facsimile: 415-543-7861 |
| | kscanlan@kellergrover.com |
| | |
| | *Attorneys for Plaintiff-Relator Kathy Ormsby* |

<u>Attestation</u>: I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: April 7, 2022         s/Amy Hargreaves
                             Amy Hargreaves